UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JEANA PARKO, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13 MC 365 RWS |
| | ) | |
| SHELL OIL COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This newly-filed miscellaneous case is before me on my review of the file. Movant URS Corporation seeks to quash, modify, and/or stay a subpoena issued to it by the plaintiffs in an underlying case pending in the Southern District of Illinois. Apparently, a subpoena was also issued by that Court, and movant filed objections in that case which have not yet been ruled upon. Movant has advanced seemingly compelling reasons for moving the deposition, currently scheduled for July 16, 2013, back to July 30, 2013, but apparently plaintiffs have refused to accommodate this request. Movant now demands an "emergency hearing" on this matter. Why a second subpoena was issued from this Court, and why this Court need get involved on an emergency basis when the matter is properly pending before the judge in the underlying case, is unclear. It is also unclear why plaintiffs, when faced with legitimate reasons for postponing the deposition, have refused to agree and refused to talk to the underlying judge, if necessary, about extending class certification briefing to accommodate this deposition. This Court suspects that if the lawyers involved had only behaved like professionals, this dispute would never have landed on my already overcrowded docket. Nevertheless, I will set a telephone status conference in this matter for Tuesday, July 16, 2013 at 11:00 a.m. The movant is responsible for getting all

necessary parties on the line and for placing the call to my chambers at 314-244-7430 once all the necessary parties are already on the line.  Do not contact my chambers before all necessary parties are on the line, and do not contact my chambers with a passcode and expect me to call into a conference call.  Of course, this conference call need not go forward if, in the meantime, the parties actually decide to behave reasonably and resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that <u>there will be a telephone status conference in this matter on Tuesday, July 16, 2013 at 11:00 a.m.  Movant URS Corporation is responsible for placing the call, and should contact my chambers at 314-244-7430 only after all necessary parties are already on the line.  Do not contact my chambers before all necessary parties are on the line, and do not contact my chambers with a passcode and expect me to call into a conference call.</u>

                                                              RODNEY W. SIPPEL
                                                              UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2013.